IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) CASE NO.:07-cv-261-DRH-PMF ) |
| Plaintiffs, | ) ) CJRA TRACK C ) |
| vs. | ) Judge David R. Herndon ) Magistrate Judge Philip M. Frazier |
| NORBERT BENING and DAVID BENING, | ) ) ) |
| Defendants. | ) |

## CONSENT JUDGMENT IN A CIVIL CASE

**HERNDON, Chief Judge:**

By consent of the parties, judgment is hereby entered in favor of Monsanto Company and against Defendant David Bening in the total amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00), the satisfaction of which shall be governed by the separate Settlement Agreement which has been contemporaneously entered into between the parties and which is incorporated herein by reference.

All remaining claims in this matter are **DISMISSED WITH PREJUDICE**. Each party to bear its own costs and fees.

**IT IS SO ORDERED AND ADJUDGED:**

/s/ *DavidRHerndon*
**DAVID R. HERNDON**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

Dated this 15th day of January, 2009.

**NORBERT G. JAWORSKI, Clerk**

 /s/ Robin Butler
**By: Robin Butler, Deputy Clerk**